Simon J. Carlson & Son, Inc., an Illinois Corporation, Plaintiff-Appellee, v. Paul G. Fricke, Defendant-Appellant.

Gen. No. 11,804.

Second District, First Division.
December 26, 1963.

Barrick & Jackson, of Rockford (Robert W. Gosdick and William H. Barrick, of counsel), for appellant; Johnson and Palmer, of Rockford (Kenneth D. Palmer, of counsel), for appellee. Opinion by JUDGE DOVE. **Not to be published in full.**